IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Plaintiff,

vs.                                        CASE NO.: 4:06cv439-SPM/WCS

ASHLEY WINSETT, et al.,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

Upon consideration, the parties' Unopposed Joint Motion to Continue Trial (doc. 95) is granted. The trial is reset for 8:30 a.m. on July 21, 2008, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 17th day of March, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge